UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION


UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                    CRIMINAL ACTION NUMBER : 3:09CR-72-H

KAREN STONE                                                          DEFENDANT


### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count 1 in the Superseding Information is hereby accepted, and the Defendant is adjudged guilty of such offense. Sentencing is hereby scheduled for **Thursday August 18, 2011 at 10:00 a.m.**, in Louisville, KY, before John G. Heyburn II, Judge United States District Court.


Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record